

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00445-CR

Robert **KNOWER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10128
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED September 11, 2013.

_____
Marialyn Barnard, Justice